UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIEFER SHORT,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL ESQUIVEL dba LAS 3 MARIAS,<br><br>        Defendant. | Case No. 5:23-cv-00115-SSS (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice

Dated: August 24, 2023

_____
Honorable Sunshine S. Sykes
U.S. District Court Judge